9415. NATIONAL BANK OF SAVANNAH <em>et al. v.</em> EVANS <em>et al.,</em> receivers.

LUKE, J. 1. This case is controlled by the decision in *National Bank of Savannah* v. *Evans*, ante, 736, and, for the reasons therein stated, the judgment overruling the special demurrers therein pointed out is reversed. See also the answer of the Supreme Court to certified questions in *National Bank of Savannah* v. *Evans*, 149 *Ga.* (99 S. E. 123).

2. Under the foregoing ruling the court did not err in allowing the amendment to the petition.

<em>Judgment reversed. Wade, C. J.; and Jenkins, J., concur.</em><br>DECIDED MAY 16, 1919.

Description and counsel as in case next preceding.